

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## *State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX
TRENTON, NJ 08625-0

MATTHEW J. PLATKIN
*Acting Attorney General*

MICHAEL T.G. LONG
*Director*

August 22, 2022

The Honorable Kevin McNulty U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room PO 04
Newark, New Jersey 07101

    Re:  **Fakla v. Borough of Middlesex, et al**
          Civil Action No. 2:22-cv-04126 (KM/ESK)

Dear Judge McNulty:

    Our Office represents Defendants Middlesex County Prosecutor's Office, Assistant Prosecutor Brian Gillet, Assistant Prosecutor Martha McKinney, and Detective Christopher Van Erde. Our responsive pleading to Plaintiff's Complaint is due August 26, 2022. We have received consent from Plaintiff's counsel, Jordan P. Brewster, Esq., for a two-week extension. With Your Honor's approval, Defendants will submit their responsive pleading by **September 9, 2022**.

                    Sincerely yours,

                    MATTHEW J. PLATKIN
                    ACTING ATTORNEY GENERAL OF NEW JERSEY

                    By:   Barkha Patel
                    Barkha Patel
                    Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 815-2982 • FAX: (609) 633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*