# MARTIN KANE KUPER
**Attorneys at Law**

180B Tices Lane, Suite 200
East Brunswick, NJ 08816
732-214-1800 phone
732-214-0307 fax

JAMES D. MARTIN
JOHN J. KANE
ERIC KUPER
JOHN W. HARDING
BRIAN E. YESALONIS
REGINA G. DiSTEFANO
CAROLYN A. MORRISON

www.MartinKaneKuper.com

*REPLY TO EAST BRUNSWICK*

Of Counsel
HON. C. JUDSON HAMLIN, PJSC (Ret.)
WILLIAM D. LEVINSON
DANA E. McDADE
PETRA VAVRA

October 17, 2022

The Honorable Edward S. Kiel, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    Fakla, John v. County of Middlesex
            Our File No: 00700B-05574-JWH
            Docket No. 2:22-cv-04126-KM-ESK

Dear Judge Kiel:

    With respect to the above matter, my firm represents the County of Middlesex. This case was recently the subject of an Initial Scheduling Conference before Your Honor on October 5, 2022. I write to Your Honor relative to that conference and Your Honor's standing Civil Case Management Order.

    At the initial conference, I advised the court of my request that the plaintiff dismiss this matter as against the County of Middlesex only (the Middlesex County Prosecutor's Office and their named employees are represented by the Attorney General's Office and are not part of this request). As a matter of law, no viable claim has been pled against the County. Counsel for the plaintiff advised the court that he had not had a chance to review my request and respond. Following the conference, I reiterated my request to counsel. Counsel subsequently advised that his client would not authorize the dismissal of the County. Counsel also claimed that Middlesex County is "affiliated with the claims" related to the Middlesex County Prosecutor's Office and services provided by "Middlesex".

    Given this, and pursuant to paragraph 7 of Your Honor's standing Civil Case Management Order, I am hereby requesting leave to file a Motion for Judgment on the Pleadings pursuant to Federal Rule of Procedure 12(c). Although I do not intend to submit anything outside of the pleadings and this is not technically a summary judgment motion, I intend to seek a summary dismissal of the Complaint as against Middlesex County if leave is granted.

Fakla v. County of Middlesex
October 17, 2022
Page 2

      If the court requires anything further in this regard, please advise.   I thank Your Honor for your courtesies and consideration.

Respectfully submitted
*/s/ John W. Harding*
**JOHN W. HARDING**

JWH/mln
cc:    Jordan P. Brewster, Esq.
       Barkha Patel, Esq.
       Michael R. Sarno, Esq.
       Alan J. Baratz, Esq.

{LM588789.1  00700B-05574}