UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2610
_____

JOHN FAKLA,
                Appellant

v.

MATTHEW GEIST, Middlesex Borough Police Chief, both individually and in his official capacity; MARK MELCHIORRE, Middlesex Borough Police Office, both individually and in his official capacity as an officer of the Borough of Middlesex Police Department.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:22-cv-04126)
District Judge: Honorable Susan D. Wigenton

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on June 9, 2025

Before: KRAUSE, PORTER, and AMBRO, *Circuit Judges*.

_____

JUDGMENT
_____

    This cause came to be considered on the record from the U.S. District Court for the District of New Jersey and was submitted under L.A.R. 34.1(a) on June 9, 2025.

    On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the order of the United States Magistrate Judge entered December 19, 2023, the orders of the District Court entered January 10, 2024 and February 28, 2024, and the judgment of the District Court entered August 2, 2024 are **AFFIRMED**. All of the above in accordance with the Opinion of this Court.

    Costs will be taxed against the appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 17, 2025